# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129436(67)

JODIE VEGA, Conservator of the Estate of
JEFFREY HURLEY, a Minor,
      Plaintiff-Appellant,

v

LAKELAND HOSPITALS AT NILES AND
ST. JOSEPH, INC., ST. JOSEPH MEDICAL
ASSOCIATES, P.C. and BETH VANDERAH
and MICHAEL SPEERS, Co-Personal
Representatives of the Estate of DAVID ALAN
SPEERS, M.D., Deceased,
      Defendants-Appellees.

_____

SC: 129436
COA: 253739
Berrien CC: 02-003976-NH

On order of the Chief Justice, the motion by plaintiff-appellant for extension to February 7, 2007 of the time for filing her brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2007

_____
Clerk